# IN IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Engin Komu and Luz Komu, | ) | Case No. 20-15447 |
| | ) | |
| | ) | Judge David D. Cleary |
| Debtors. | ) | |

## NOTICE OF OBJECTION

PLEASE TAKE NOTICE that on October 5, 2020 at 2:30 p.m., I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, and present **Creditor Volkan Ozdemir's Objection to Certain Debtors' Exemptions,** a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at http://www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this Notice of Objection** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                    Volkan Ozdemir

                                                    By: /s/ Julia Jensen Smolka
                                                        One of his attorneys

Julia Jensen Smolka, ARDC# 6272466
Thomas J. Cassady, ARDC #6307705
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: jsmolka@dimontelaw.com
        tcassady@dimontelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of September, 2020, she duly served (or caused to be served) upon the persons on the attached service list, via the Court's CM/ECF system or via first class mail, a copy of **Creditor Volkan Ozdemir's Objection to Certain Debtors' Exemptions,**, and this Notice.

By: /s/ Jenna Jarke

## Service List

**Via ECF**

Patrick S. Layng
Office of U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

Marilyn O' Marshall
224 South Michigan, Suite 800
Chicago, Illinois 60604

Brian P. Deshur
Law Offices of David Freydin, Ltd.
8707 Skokie Blvd. Suite 312
Skokie, Illinois 60077

**Via First Class Mail**

Engin Komu
Luz Komu
1131 S. Springinsguth Road
Schaumburg, Illinois 60193

## IN IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Engin Komu and Luz Komu, | ) | Case No.  20-15447 |
| | ) | |
| | ) | Judge David D. Cleary |
| Debtors. | ) | |

## CREDITOR VOLKAN OZDEMIR'S
## OBJECTION TO CERTAIN DEBTORS' EXEMPTIONS

A creditor, Volkan Ozdemir, by his attorneys, Julia Smolka, Thomas Cassady and the firm DiMonte & Lizak, LLC, objects to certain of Debtors' exemptions under Bankruptcy Rule 4003, and in support of his objection, states as follows:

1. Debtors take liberties with certain exemptions in an effort to lower their distribution to creditors.  A copy of Debtors' Schedule C. is attached as **Exhibit A**.

2. Debtors take a $30,000 homestead exemption.  However, only Engin Komu owns the home.  See the deed attached as **Exhibit B**.  Only he is entitled to a homestead exemption, not his spouse who has no ownership in the home.  It is a fundamental tenet of the law of exemptions that the debtor must have an ownership interest in the property before an exemption may be claimed. See *In re Hartman*, 211 B.R. 899, 903 (Bankr. C.D. Ill. 1997) A long line of Illinois cases have required that a debtor have title or some ownership interest in property in order to claim a homestead exemption. *Id*. at 903. The $30,000 homestead exemption is improper and over-stated.

3. Debtors also take exemptions in certain autos, a 2005 Lexus, a 2011 Dodge Caravan and a 1998 International. However, under 735 ILCS 5/12-1001(c) it clearly states the exemption exists for "the debtor's interest, not to exceed $2,400 in value, in any one

motor vehicle." They cannot spread it over three vehicles. They can only take an exemption on one per debtor, or two vehicles total.

4. Under Bankruptcy Rule 4003A party interest may file an objection to the list of property claimed as exempt within 30 days after the meeting of creditors held under §341(a) is concluded or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later.

5. The initial meeting of creditors was scheduled on September 8, 2020 but was not held. It has yet to be rescheduled.

The Creditor, Volkan Ozdemir, objects to the exemption to 1131 S. Springinsguth Road, Schaumburg Illinois, to 2005 Lexus, the 2011 Dodge Caravan and the 1998 International 4700, and seeks a hearing of this objection if this court deems it necessary.

Respectfully submitted,

Volkan Ozdemir

By: /s/ Julia Jensen Smolka
    One of his attorneys

Julia Jensen Smolka, ARDC# 6272466
Thomas J. Cassady, ARDC #6307705
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: jsmolka@dimontelaw.com
      tcassady@dimontelaw.com